BARBARA KULIG HOCHMULLER, Appellant, v BELLWEST MANAGEMENT CORPORATION et al., Respondents.

Submitted June 16, 2014; decided September 4, 2014

930

Motion for reargument of motion for leave to appeal denied [*see* 23 NY3d 939 (2014)].